UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
IN RE VEECO INSTRUMENTS INC. :
SECURITIES LITIGATION : No. 7:05-MD-01695-CM
:
------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
------------------------------------- x

**DECLARATION OF J. ROSS WALLIN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Veeco Instruments Inc.,*
*Edward H. Braun, John F. Rein, Jr. and John P.*
*Kiernan*

January 10, 2006

J. ROSS WALLIN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate of the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the October 12, 2004 press release of Veeco Instruments Inc.

3. Attached hereto as Exhibit B is a true and correct copy of the PowerPoint presentation delivered by Veeco Instruments Inc. at the September 8, 2004 Smith Barney Citigroup 2004 Technology Conference.

4. Attached hereto as Exhibit C is a true and correct copy of the July 26, 2004 press release of Veeco Instruments Inc.

Executed on January 10, 2006.

                                                                                        */s/ Ross Wallin*
                                                                                        J. Ross Wallin