Exhibit B-1



**Veeco** Solutions for a nanoscale world.

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

**Data Storage**      **Semiconductor**      **Compound Semi/Wireless**   **Scientific Research**

   



80 and 160 GB; microdrives      90 and 65 nm; 300mm      HB-LEDs, WiFi, camera cell phones      Nanotech & Life Science



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION
EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS
IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| MARKETS | PRODUCTS | CUSTOMERS |
|---------|----------|-----------|
| **Data Storage** | **#1 Equipment Supplier for TFMHs;**<br><br>**Etch, Deposition, Lapping and Metrology** |  |
| **Wireless & Compound Semi** | <u>**Only**</u> **Broad line Equipment and Metrology Supplier**<br><br>**MBE, MOCVD (Epitaxial Deposition) and Metrology** |  |
| **Semiconductor** | **#1 3D AFM Metrology**<br><br>**Automated Atomic Force Microscopy and Optical Profilers** |  |
| **Scientific Research** | **#1 AFMs, SPMs and Optical Profilers**<br><br>**Breadth of research solutions** |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law            20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

**2004 Forecast ...a revenue and earnings recovery year**



- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17% CG per year ('94-'04)**



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**    Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**    Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**    Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**    Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

> *The content of Veeco's enabling technologies increases in new consumer applications*



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



**+35.9% CAGR**
**'02-'08**

*HDD for DVR/DVT*

**GPS**

**+61.4% CAGR**
**'02-'08**



*HDD for GPS;*
*Auto Nav.*

**MP4 Video**

**+33.6% CAGR**
**'02-'08**

*HDD for Digital*
*Cameras, Audio*
*Players.*

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*



**Wireless Mobile**
**Consumer Products**

**Flat Panel Display Backlighting**

**+145.7% CAGR**
**'02-'08**



*LCDs Backlighting*

**+159.2% CAGR**
**'02-'08**

**HB-LED Headlights**



*LEDs…signs;mobile;*
*illumination*

**Home Media Server**

**+71.2% CAGR**
**'02-'08**



**HDDs for Home**
**Networking**

**Sources: IDC, 2004; Strategies Unlimited 2004    SBC 090804-EHB**

$M

**ORDERS**

*Orders doubled in 3 quarters*

$72.7 $64.0 $64.0 $96.8 $117 *$124.7M

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003    2004

**REVENUE**

*Revenue up 50% in 3 quarters*

$65.8 $73.4 $63.1 $76.9 $94.5 *$103M

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003    2004

**EBITA**

*$9.3M *EBITA triples in 3 quarters*

$3.0 $3.2 $3.3 $3.5 $7.5

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003    2004

*Q2 Backlog increased to $164M*



10

# VEECO GROWTH OPPORTUNITY BY MARKET



**FCST Veeco Growth ('03-'04)**

**FCST Industry Growth ('04-'05)**

Sales ($ Millions)

$279M

$415M*
+49% y/y

$486M***
+17% y/y

- 2003: 39, 40, 90, 109
- 2004E: 100, 60, 140, 115
- 2005E: 133, 71, 157, 125

150%  50%  55%  5%
33%  18%  12%  6%

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

*\* 2004 Analysts' Consensus*
*\*\*\* Veeco 2005 Assuming Growth Per Industry Forecast*



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



**MULTIPLE PRODUCTS**

Process Equipment 59%
Metrology 41%

**MULTIPLE MARKETS**

Scientific Res. 26%
Semi/CS/Wireless 39%
Data Storage 35%

**MULTIPLE REGIONS**

Europe 18%
Asia Pacific 30%
US 37%
Japan 15%

*Q2 2004 Sales $102.9M, up 40%*



SBC 090804-EHB

12





**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*



# WIRELESS CONSUMER PRODUCT GROWTH WILL DRIVE NEXT WAVE OF EQUIPMENT SPENDING



- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## By 2010 each household will own 10 HDD's*

### Mobile Applications



**New Microdrive
(.85 dia.)**



**MP4 Video**

**Laptop**



**MP3 Music
(i.e., iPod)**



**Mobile Phone**



**Automobile
GPS Navigation**

### Home Applications



**Home Media Server**

**TiVo/DVR**

**Entertainment
Centers/PCs**

**Game (Xbox,
PlayStation, etc)**



Veeco

* Source: Hitachi Global Storage Technologies





# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS



*CE Examples*
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**



Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





## *TFMH Technology Changes Drive Capital Equipment Growth*



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





# VEECO'S DATA STORAGE OPPORTUNITY: INDUSTRY'S BROADEST LINE OF ETCH, DEPOSITION AND METROLOGY

- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- *First half orders    $71.4M (up 45% vs '03)*
  *revenue $67.0M (up 54% vs '03)*



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



WAFER PROCESSES     ROWBAR/SLIDER PROCESSES     HGS, FINAL ASSY AND TEST



- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications.  Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





Source: Samsung BLUE 2004

SBC 090804-EHB

24