UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.          :   05 MD 1695 (CM) (GAY)
SECURITIES LITIGATION                 :
:
------------------------------------x
:
THIS DOCUMENT RELATES TO:             :
SECURITIES LITIGATION                 :
:
------------------------------------x


**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE ARGUMENT RELATING TO
<u>ALLEGATIONS FOR WHICH PLAINTIFFS HAVE ADDUCED NO EVIDENCE</u>**


(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER
DATED MAY 16, 2006)


GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco
Instruments Inc., Edward H. Braun,
John F. Rein, Jr., and John P. Kiernan*

June 6, 2007