# In re Veeco Instruments Inc. Securities Litigation
# 05 MD 1695 (CM) (GAY)

# Pre-Trial Order

# Exhibit J

# DEFENDANTS' WITNESS LIST*

Loren Abrahamson

Steven Amato

Herman Birnbaum

David Bonagura

Marlin Braun

Edward Braun

Cathy Cantasano

Ekaterina Chemeris

Joel Elftmann

Alex Fredericks

Heinz Fridrich

Rory Greiss

David Hoppman

Bruce Huff

Dr. Vinita Juneja

Lawrence Karp

John Kiernan

Gary Levin

Irwin Pfister

Gary Reifert

John F. Rein, Jr.

Frances Scally

Kenneth Scott

Jamie Sillett

Rosa Tan

Thomas Vollmer

*Defendants reserve the right to call all witnesses listed by Plaintiffs.